UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDA WILLIAMS,

No. 06-14127

Plaintiff,                          District Judge Paul V. Gadola

v.                                  Magistrate Judge R. Steven Whalen

MACOMB OAKLAND REGIONAL
CENTER,

Defendant.

_____ /

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

For the reasons stated on the record on June 25, 2007, Plaintiff's Motion to Amend

Complaint [Docket #39] is GRANTED.

SO ORDERED.


                                    S/R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE

Dated: June 25, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on June 25, 2007.


                                    S/Gina Wilson
                                    Judicial Assistant