UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDA WILLIAMS,

        No. 06-14127

    Plaintiff,        District Judge Paul V. Gadola

v.        Magistrate Judge R. Steven Whalen

MACOMB OAKLAND REGIONAL
CENTER,

    Defendant.
                                                     /

**ORDER**

      Before the Court are Plaintiff's Motion for Miscellaneous Relief [Docket #29] and Motion for Admission [Docket #31] filed when she was *pro se*, and her Motion to Withdraw Motion for Miscellaneous Relief [Docket #43] and Notice of Withdrawal of Motion for Admission [Docket #40], filed by counsel. The Court being fully advised,

      IT IS THEREFORE ORDERED that Plaintiff's Motion for Miscellaneous Relief [Docket #29] and Motion for Admission [Docket #31] are DISMISSED.

      IT IS FURTHER ORDERED that Plaintiff's Motion to Withdraw Motion [Docket #43] is GRANTED.

                                                       S/R. Steven Whalen
                                                       R. STEVEN WHALEN
                                                       UNITED STATES MAGISTRATE JUDGE

Dated: September 20, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 20, 2007.

             S/Gina Wilson
             Judicial Assistant