UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDA WILLIAMS,

        Plaintiff,

v.

MACOMB OAKLAND REGIONAL
CENTER,

        Defendant.
                                        /

No. 06-14127

District Judge Paul V. Gadola

Magistrate Judge R. Steven Whalen

**ORDER**

      This is an employment discrimination case brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et.seq., and 42 U.S.C. §1981. Before the Court are three motions, filed by Plaintiff, to compel the production of documents from non-parties Office of Children and Adult Licensing [Docket #11], Dr. Goldstein [Docket #12], and New Horizons [Docket #13].

      At the time Plaintiff filed these motions, she was proceeding *pro se*. Subsequently, she obtained counsel, who filed an appearance on March 20, 2007. On June 25, 2007, this Court granted Plaintiff's motion, filed through counsel, to amend the complaint.

      The subpoenas for the records at issue in these motions appear to be related to non-parties Laronda Gray and Robert Moore, and include requests for confidential medical records. It does not appear that the requested material has any relevance to this case, and

-1-

the non-parties who were served have objected to the subpoenas. Now that counsel has appeared on behalf of Plaintiff, and an amended (and clarified) complaint has been filed, discovery will undoubtedly proceed in a more coherent fashion. Therefore, the Court will deny the Plaintiff's *pro se* motions to compel at this time, without prejudice to her pursuing legitimate civil discovery.

IT IS THEREFORE ORDERED that Plaintiff's motions to produce documents [Docket #11, #12, and #13] are DENIED.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: September 20, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 20, 2007.

S/G. Wilson
Judicial Assistant