UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDA WILLIAMS,

                              No. 06-14127

             Plaintiff,                District Judge Stephen J. Murphy, III

v.                                  Magistrate Judge R. Steven Whalen

MACOMB OAKLAND REGIONAL
CENTER,

             Defendant.

_____ /

**ORDER**

       Before the Court is Plaintiff's Motion to Compel or Show Cause Why Judgment Should not be Entered in Plaintiff's Favor [Docket #95]. The gist of the motion is that the Defendant has not complied with this Court's *suggestion* that the parties continue settlement discussions, and has not accepted or responded to the Plaintiff's offer of judgment of $750,000. On August 29, 2008, this Court filed a Report and Recommendation that summary judgment be granted to the Defendant.

       Having reviewed the motion, the Defendant's response, and the Plaintiff's reply, I find that this motion has neither legal nor factual merit, and is therefore DENIED.

       SO ORDERED.

                                S/R. Steven Whalen_____
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 28, 2008.

S/G. Wilson
Judicial Assistant