UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDA WILLIAMS,

        Plaintiff,

v.

MACOMB OAKLAND REGIONAL
CENTER,

        Defendant.
        /

No. 06-14127

District Judge Paul V. Gadola

Magistrate Judge R. Steven Whalen

**ORDER**

Before the Court is Plaintiff's Motion to Reset Pretrial and Jury Trial Dates [Docket #101]. On August 29, 2008, I filed a Report and Recommendation (R&R), recommending that summary judgment be entered in favor of the Defendant and that the case be dismissed. A decision on the Plaintiff's objections to that R&R is pending. The present motion is therefore premature. If the Plaintiff's case ultimately survives summary judgment, a new scheduling order will issue.

Accordingly, Plaintiff's motion [Docket #101] is DENIED WITHOUT PREJUDICE.

SO ORDERED.

                                                 S/R. Steven Whalen
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

and/or parties of record by electronic means or U.S. Mail on October 28, 2008.

            S/G. Wilson
            Judicial Assistant